UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Hernandez Victor_

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_New York City Department of Corrections_
_Jerell Laubry # 441 # 13 10928_
_Fuentefes CO # 16019_
_Jane Doe CO # Don't Know_

_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Victor Hernandez_
             ID # _349 14 00129_
             Current Institution _G.R.VC_
             Address _09-09 Hazen Street_
             _East Elmhurst, N.Y 11370_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _New York City Dept. of Corrections_ Shield # _____
                   Where Currently Employed _Legal Division_
                   Address _75-20 Astoria Boulevard_
                   _East Elmhurst, N.Y 11370_

_Rev. 05/2010_                                    1

Defendant No. 2    Name  Jerell Lowery  4/1/13  10928  Shield #_____
                   Where Currently Employed _____
                   Address  18-18 Hazen Street

Defendant No. 3    Name  Jane Doe Correction Officer  Shield # Don't Know
                   Where Currently Employed  Rikers Island
                   Address  18-18 Hazen Street
                            East Elmhurst, NY 11370

Defendant No. 4    Name  Fuentes, D CO#  Shield # 16019
                   Where Currently Employed  Rikers Island
                   Address  18-18 Hazen Street
                            East Elmhurst, NY 11370

Defendant No. 5    Name  Jezebel  Shield #_____
                   Where Currently Employed _____
                   Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    Anna M. Kross Center

B.  Where in the institution did the events giving rise to your claim(s) occur?
    13 upper inside 2 cell and outside 2 cell.

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    On January 31, 2014 at approximately 10-11 am 11:40

D. Facts: At Approximately _____ am on January 31, 2014, inmate Hernandez Victor ID# 3491400129, was assaulted by inmate Jerell Lowery ID# _____. Mr Hernandez was assaulted by Mr Lowery inside his cell. Mr Hernandez is #2 cell. Which is located a very close distance to Bubble, where Correction Officer Jezebel _____ commands post, and very close, less than 10-20 feet, where Correction Officer #2 stands guard to surveil and protect inmates. Jerell Lowery entered Mr Hernandez #2 cell and assaulted him causing him severe blood loss with a homemade weapon and also causing him 3 broken fractures to Orbital bone in face, fractured Nose and Other facial Bone by tate revealed by Catscan at Elmhurst Hospital where he was rushed by EMS after incident happened.

Correction officers did nothing to stop the situation of inmate Jerell Lowery assaulting Mr Hernandez to Rob Him of His commissary he had just finish shopping from.

|  | |
|---|---|
| What happened to you? | |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

1. Orbital Fracture to face
2. Fractured Nose
3. Other Facial Fractured

Mr Hernandez received Pain Killer and to today July 28, 2012, Still in chronic Jaw Pain and Back Pain

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _A.M.KCC C-95, 13 upper, 2 cell._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_  No ____  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No _✓_  Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_  No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Through Grievance Committee_

1. Which claim(s) in this complaint did you grieve? _Correction officers doing nothing to protect me._

2. What was the result, if any? _Nothing._

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _It was forwarded to Warden and Board of Corrections and nothing was done._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Justice for inmates at Rikers Island through the grievance process at Rikers Island is Bleak, you have a better chance at winning the Lottery!

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking that Defendant, inmate Jerell Lowery, ID# 441 13 10928 be charged with assault. Aside from that, I'm seeking that Correction officers Fuentes (C.O.# 16019), that was on post that Day and did nothing to help me from being brutally beat up and her partner Jezebel, I don't know her last name, also be held responsible for allowing the Assault to take place he held responsible for my Assault. I am seeking monetary damages in the amount of $5,000,000 from each individual: the inmate and the two Correction Officers in the total amount of $15,000,000 for physical and Mental Anguish.

_____

_____

VI. Previous lawsuits:

<div style="border: 1px solid; padding: 4px;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Hernandez Victor_

Defendants _Don't Know my Lawyer Wont tell Me_

2. Court (if federal court, name the district; if state court, name the county) _Do Know_

3. Docket or Index number _Don't Know_

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _Sometime in February 2014_

6. Is the case still pending? Yes ✓ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Don't Know what my Lawyer is doing So I'm going to try and represent my self if he cannot help me_

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of July, 20 14

Signature of Plaintiff: *Kut Henanfr*

Inmate Number: 349 14 00129

Institution Address: 09-09 Hazen Street
East Elmhurst N.Y 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of July, 20 14 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Kut Henanfr*